850

No. 10–10792.  LASSALLE-VELAZQUEZ v. UNITED STATES. C. A. 1st Cir.  Certiorari denied.

No. 10–10793.  OLIVER ET UX. v. BANKFIRST FINANCIAL SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 10–10794.  TAYLOR v. HOKE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 10–10795.  TRUJILLO v. MEDINA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–10796.  WILLIAMS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–10797.  THOMAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10798.  OROPEZA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–10799.  MORA v. LATTIMORE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 10–10801.  BIVONA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10802.  BRAVATTI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–10803.  BATTLE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 10–10804.  CRITCHLEY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10805.  ASCENCIO-TORIBIO v. HOLDER, ATTORNEY GENERAL.  C. A. 3d Cir.  Certiorari denied.

No. 10–10807.  WILLIAMS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10808.  VETETO v. ALLEN ET AL.  Sup. Ct. Ala.  Certiorari denied.